**Order filed, October 8, 2018.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-18-00474-CV**
_____

**JACK RAINES, Appellant**

**V.**

**BAYSHORE RV & MOBILE HOME PARK, Appellee**

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0081076**

---

## ORDER

The reporter's record in this case was due September 28, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Courtney Mogford, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM